IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCT LIABILITY LITIGATION | § <br> § <br> § |
| CHARLES E. GODFREY,<br>Representative of the Estate of Robert Godfrey<br>4064 St. Johns Road<br>Cridersville, OH 45806 | § <br> § <br> § <br> § |
| RONALD P. BELTRAN,<br>Representative of the Estate of Juan Beltran<br>P.O. Box 714<br>Carrizozo, NM 88301 | § <br> § <br> § <br> § |
| LOIS RUTLEDGE,<br>Representative of the Estate of Mattie Campbell<br>P.O. Box 919<br>Bay Springs, MS 39422 | § <br> § <br> § <br> § |
| JAMES NETHERLY,<br>Representative of the Estate of Tess Netherly<br>2101-S-324th Street, #310<br>Federal Way, WA 98003 | § <br> § <br> § <br> §    Civil Action No.: 1:06-cv-01659-RJL |
| CHARISSE E. VANCE,<br>Representative of the Estate of Dean Vance<br>19302 Bradford Court<br>Strongsville, OH 44149 | § <br> § <br> § <br> § |
| CHARLES PERRY,<br>Representative of the Estate of Carol Cox<br>325 4th Street<br>Lock Haven, PA 17745 | § <br> § <br> § <br> § |
| JUSTINE PLAIR,<br>Representative of the Estate of Fredward Plair<br>2347 Travis Road<br>Augusta, GA 30906 | § <br> § <br> § <br> § |
| CAROLYN FITZGERALD,<br>Representative of the Estate of Tina Fitzgerald<br>1866 Barrington Court<br>Marietta, GA 30066 | § <br> § <br> § <br> § <br> § |

| | |
|---|---|
| PATRICIA CLINE,<br>Representative of the Estate of Bobbie Cline<br>7 Cypress LK.MHC<br>Statesboro, GA  30458<br><br>RUTH PARKS,<br>Representative of the Estate of Dean Parks<br>140 Summerville Road<br>Independence, VA  24348<br><br>and<br><br>ELIZABETH LEE<br>139-97th S. Grace<br>Robbins, IL  60472<br><br>               Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.<br>619 One Merck Drive<br>Whitehouse Station, NJ  08889<br><br>               Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA.

      I, the undersigned, counsel of record for Defendant Merck & Co., Inc. ("Merck"), certify that to the best of my knowledge and belief, Merck has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: *Katherine Leong*

Douglas R. Marvin
(D.C. Bar No. 933671)
Paul K. Dueffert
(D.C. Bar No. 435452)
Katherine Leong
(D.C. Bar No. 492457)

725 12th Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

Dated: November 15, 2006

# CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 15th day of November 2006, a true copy of the foregoing Certificate Required by LCVR 7.1 of the Local Rules of the United States District Court for the District of Columbia was served via electronic filing to the following:

Michael J. Miller, Esq.
MILLER & ASSOCIATES
105 N. Alfred Street
Alexandria, VA  22314

*Attorneys for Plaintiffs*

*Katherine Leong*
Katherine Leong