# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE: VIOXX                                             §
      PRODUCT LIABILITY LITIGATION        §
                                                     §
CHARLES E. GODFREY,                                      §
Representative of the Estate of Robert Godfrey           §
4064 St. Johns Road                                      §
Cridersville, OH  45806                                  §
                                                     §
                                                     §
RONALD P. BELTRAN,                                       §
Representative of the Estate of Juan Beltran             §
P.O. Box 714                                             §
Carrizozo, NM  88301                                     §
                                                     §
                                                     §
LOIS RUTLEDGE,                                           §
Representative of the Estate of Mattie Campbell          §
P.O. Box 919                                             §
Bay Springs, MS  39422                                   §
                                                     §
                                                     §
JAMES NETHERLY,                                          §
Representative of the Estate of Tess Netherly            §
2101-S-324th Street, #310                                §
Federal Way, WA  98003                                   §    Civil Action No.: 1:06-cv-01659-RJL
                                                     §
CHARISSE E. VANCE,                                       §
Representative of the Estate of Dean Vance               §
19302 Bradford Court                                     §
Strongsville, OH  44149                                  §
                                                     §
                                                     §
CHARLES PERRY,                                           §
Representative of the Estate of Carol Cox                §
325 4th Street                                           §
Lock Haven, PA  17745                                    §
                                                     §
                                                     §
JUSTINE PLAIR,                                           §
Representative of the Estate of Fredward Plair           §
2347 Travis Road                                         §
Augusta, GA  30906                                       §
                                                     §
                                                     §
CAROLYN FITZGERALD,                                      §
Representative of the Estate of Tina Fitzgerald          §
1866 Barrington Court                                    §
Marietta, GA  30066                                      §
                                                     §

PATRICIA CLINE,                                        §
Representative of the Estate of Bobbie Cline           §
7 Cypress LK.MHC                                       §
Statesboro, GA  30458                                  §
                                                       §
RUTH PARKS,                                            §
Representative of the Estate of Dean Parks             §
140 Summerville Road                                   §
Independence, VA  24348                                §
                                                       §
            and                                        §
                                                       §
ELIZABETH LEE                                          §
139-97th S. Grace                                      §
Robbins, IL  60472                                     §
                                                       §
                        Plaintiffs,                    §
                                                       §
            v.                                         §
                                                       §
MERCK & CO., INC.                                      §
619 One Merck Drive                                    §
Whitehouse Station, NJ  08889                          §
                                                       §
                        Defendant.                     §

## STIPULATION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO MDL 1657

Plaintiffs and Defendant Merck & Co., Inc. ("Merck"), by and through their

counsel, hereby stipulate and jointly request the Court to enter an order staying all proceedings in

this matter until such time as the Judicial Panel on Multidistrict Litigation (the "Panel") issues a

Transfer Order transferring this action pursuant to 28 U.S.C. § 1407 to the Eastern District of

Louisiana for coordinated pretrial proceedings in MDL 1657.

In support of this request, the parties show the Court the following:

1.     This action is one for personal injury allegedly arising out of Plaintiffs'

use of Vioxx, a prescription medicine manufactured and distributed by Merck.

2.     On February 16, 2005, the Panel granted petitions for the coordination and transfer of 148 separate Vioxx-related personal injury and wrongful death cases then pending in the federal courts pursuant to 28 U.S.C. § 1407.  *See In re Vioxx Product Liability Litigation*, MDL 1657 (J.P.M.L., February 16, 2005).  The Panel designated the Honorable Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana to preside over all cases transferred to MDL 1657.  *Id.*  Since then, hundreds of other Vioxx-related personal injury cases brought in or removed to the federal courts have been transferred to the Eastern District of Louisiana as part of MDL 1657.

3.     The parties anticipate that this case will be transferred by the Panel to the Eastern District of Louisiana where it will become part of the coordinated pretrial proceedings in MDL 1657.  Merck will notify the Panel of this matter as a tag-along matter.

4.     Inasmuch as this case will likely become subject to discovery and other pretrial proceedings in the Eastern District of Louisiana, the parties submit that entry of an order staying all proceedings in this matter pending its transfer to MDL 1657 will promote judicial economy and the parties' resources and is in the interests of justice.

WHEREFORE, the parties respectfully request the Court to stay all proceedings herein pending the transfer of this action to the United States District Court for the Eastern District of Louisiana and its inclusion in MDL 1657, as per the form of the accompanying Proposed Order.

Respectfully submitted,

MILLER & ASSOCIATES

By: *J. Christopher Ide / KL*
J. Christopher Ide

105 N. Alfred Street
Alexandria, Virginia  22314
(703) 519-8080

*Attorneys for Plaintiffs*

WILLIAMS & CONNOLLY LLP

By: *Katherine Leong*
Douglas R. Marvin
(D.C. Bar No. 933671)
Paul K. Dueffert
(D.C. Bar No. 435452)
Katherine Leong
(D.C. Bar No. 492457)

725 12th Street, N.W.
Washington, D.C.  20005
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

Dated:  December 5, 2006

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE: VIOXX                 §
       PRODUCT LIABILITY LITIGATION §
        §

CHARLES E. GODFREY,        §
Representative of the Estate of Robert Godfrey §
4064 St. Johns Road         §
Cridersville, OH 45806       §
        §

RONALD P. BELTRAN,        §
Representative of the Estate of Juan Beltran §
P.O. Box 714            §
Carrizozo, NM 88301        §
        §

LOIS RUTLEDGE,           §
Representative of the Estate of Mattie Campbell §
P.O. Box 919            §
Bay Springs, MS 39422       §
        §

JAMES NETHERLY,         §
Representative of the Estate of Tess Netherly §
2101-S-324th Street, #310      §
Federal Way, WA 98003       §

CHARISSE E. VANCE,        §
Representative of the Estate of Dean Vance §
19302 Bradford Court        §
Strongsville, OH 44149       §
        §

CHARLES PERRY,           §
Representative of the Estate of Carol Cox §
325 4th Street           §
Lock Haven, PA 17745       §
        §

JUSTINE PLAIR,            §
Representative of the Estate of Fredward Plair §
2347 Travis Road         §
Augusta, GA 30906         §
        §

CAROLYN FITZGERALD,      §
Representative of the Estate of Tina Fitzgerald §
1866 Barrington Court        §
Marietta, GA 30066         §

Civil Action No.: 1:06-cv-01659-RJL

|                                                                                                      |     |
|------------------------------------------------------------------------------------------------------|-----|
|                                                                                                      | §   |
| PATRICIA CLINE,                                                                                       | §   |
| Representative of the Estate of Bobbie Cline                                                          | §   |
| 7 Cypress LK.MHC                                                                                      | §   |
| Statesboro, GA  30458                                                                                 | §   |
|                                                                                                      | §   |
| RUTH PARKS,                                                                                           | §   |
| Representative of the Estate of Dean Parks                                                            | §   |
| 140 Summerville Road                                                                                  | §   |
| Independence, VA  24348                                                                               | §   |
|                                                                                                      | §   |
|            and                                                                                        | §   |
|                                                                                                      | §   |
| ELIZABETH LEE                                                                                         | §   |
| 139-97th S. Grace                                                                                     | §   |
| Robbins, IL  60472                                                                                    | §   |
|                                                                                                      | §   |
|                        Plaintiffs,                                                                    | §   |
|                                                                                                      | §   |
|        v.                                                                                             | §   |
|                                                                                                      | §   |
| MERCK & CO., INC.                                                                                     | §   |
| 619 One Merck Drive                                                                                   | §   |
| Whitehouse Station, NJ  08889                                                                         | §   |
|                                                                                                      | §   |
|                        Defendant.                                                                     | §   |

## [PROPOSED ORDER] APPROVING STIPULATION FOR
## STAY OF PROCEEDINGS PENDING TRANSFER TO MDL 1657

Having considered the Stipulation for Stay of Proceedings Pending Transfer to

MDL 1657 and finding that there is good cause to grant the requested relief, it is, this _____

day of _____, 2006, by the United States District Court for the District Columbia

ORDERED that:

the Stipulation for Stay of Proceedings Pending Transfer to MDL 1657 is

APPROVED; and it is further ORDERED that

this action is hereby STAYED in its entirety pending the transfer of this action to

the Eastern District of Louisiana.

2

.

_____
Judge Richard J. Leon
United States District Judge

Copies to:

Douglas R. Marvin, Esq.
Paul K. Dueffert, Esq.
Katherine Leong, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

J. Christopher Ide, Esq.
MILLER & ASSOCIATES
105 N. Alfred Street
Alexandria, Virginia  22314